IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Mark Andrew Basford
Pamela Jane Basford
            Debtors

Bankruptcy No. 08-04113
Judge Donald R. Cassling
Chapter: 13

## **STATEMENT OF OUTSTANDING OBLIGATIONS**

In response to the Chapter 13 Trustee's Notice of Final Mortgage Cure Amount, filed on April 11, 2012, HSBC Mortgage Services hereby gives notice of the following:

1. The Debtor has not paid all post petition monthly mortgage payments on time and is currently in default.
2. At the Time of the filing of this notice the Debtor was in default for all monthly post petition mortgage payments due from February 26, 2012 through April 26, 2012, in the amount of $420.78 each, with $392.24 being held in suspense.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for HSBC Mortgage Services

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE