IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Mark Andrew Basford
Pamela Jane Basford
        Debtors

Bankruptcy No. 08-04113
Judge Donald R. Cassling
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

In response to the Chapter 13 Trustee's Notice of Final Mortgage Cure Amount, filed on March 12, 2013, HSBC Mortgage Services hereby gives notice of the following:

1. The Debtor has not paid all post petition monthly mortgage payments on time and is currently in default.
2. At the Time of the filing of this notice the Debtor was in default for three monthly post petition mortgage payments at $420.78 each, due from December 26, 2012 through February 26, 2013, totaling $1,262.34, with $384.54 being held in suspense.

    /s/ Josephine J. Miceli
    Josephine J. Miceli,  IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE