**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

XB1303032

IN RE:

| | | |
|---|---|---|
| | ] | Case Number 08-04113 |
| | ] | CH 13 |
| Mark Andrew Basford; | ] | Judge Donald R. Cassling |
| Pamela Jane Basford; | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

**RESPONSE OF FINAL CURE**

Now comes HOUSEHOLD FINANCE CORP III. by and through its attorney Nisha Parikh of the law firm of Freedman, Anselmo, & Lindberg, and files a response of final cure.

Account is contractually and post petition due for 4/12/2013. The pre petition has been paid in full and no other fees or charges are due.

HOUSEHOLD FINANCE CORP III

/s/ Nisha Parikh
One of its Attorneys

FREEDMANANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60563
630-453-6960    866-402-8661    630-428-4620 (fax)
Clay A. Mosberg- 1972316, Karl V. Meyer- 6220397, Bryan D. Hughes- 6300070,
Ann W. Lopez- 6190037, Jonathan Nusgart- 6211908,, Nisha B. Parikh- 6298613
DS1302017

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

      I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on April 16, 2012 addressing the following:

TO:    Mark Andrew Basford, 1028 Kufrin Way, Lombard, IL 60148
          Pamela Jane Basford, 1028 Kufrin Way, Lombard, IL 60148
          Xiaoming Wu, 200 S. Michigan Ave., Ste. 209, Chicago, IL 60604
          Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532